UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-mc-20289-KMM/LFL

*In re* Ex Parte Application of:

**EDUARDO MARCELO ALMEIDA MICHELENA; ROBER FRANK ALMEIDA MICHELENA; VICKY ROCÍO ALMEIDA MICHELENA; DANIELA LIZZETH ALMEIDA ARAUZ; AND DIANA RAFAELA ALMEIDA MICHELENA**,

    Applicants,

For an Order Pursuant to 28 U.S.C. §1782
Granting Leave to Obtain Discovery from
Akerman, LLP for Use in Foreign Proceedings.

_____/

## ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

**THIS CAUSE** is before this Court on Applicants'[1] Application for Order Pursuant to 28 U.S.C. § 1782, filed on January 22, 2021 (ECF No. 1). Applicants seek an order that authorizes them to issue a subpoenas to the law firm Akerman, LLP ("Akerman") to facilitate obtaining evidence and testimony relevant to an ongoing inheritance proceeding before the Ecuadorian Court[2], and that are connected with Washington Eduardo Almeida Flores (the "Deceased"), who

---

[1] "Applicants" refers to all of the following individuals: Eduardo Marcelo Almeida Michelena; Rober Frank Almeida Michelena; Vicky Rocío Almeida Michelena; Daniela Lizzeth Almeida Arauz; and Diana Rafaela Almeida Michelena.

[2] The term "Ecuadorian court" refers to the Ecuadorian Judicial Unit for Families, Women, Children and Adolescents based in The Parish of Tumbaco, Metropolitan District of Quito, Province of Pichincha, where the Applicants filed an inheritance proceeding (formally known in Ecuadorian procedural law as an inventory and valuation of estate assets and hereafter referred as the "Ecuadorian Inheritance Proceeding"). The Ecuadorian Inheritance Proceeding was filed by Applicants to request the Ecuadorian Court to do an inventory of the worldwide assets of the Deceased. The Ecuadorian Inheritance Proceeding was assigned a trial case number: 17985-2020- 00643.

1

died intestate in Ecuador on September 3, 2018, the Deceased's assets and financial accounts, and more specifically with investments made in the U.S. by the Deceased through Raymond James & Associates, Inc. ("RJFS").

The statutory requirements set forth at 28 U.S.C. § 1782(a) have been met. Furthermore, the additional factors to be considered in determining whether to grant the request weigh in favor of granting the request. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004).

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Application for Order Pursuant to 28 U.S.C. § 1782 (ECF No. 1) is **GRANTED**.

2. Pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, the Applicants are authorized to issue and serve the subpoena attached to the Application as Exhibit "D."

3. Akerman shall comply with the Subpoena as requested under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 11th day of February, 2021.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE